FILED
US DISTRICT COURT
DISTRICT OF ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA 2005 NOV 23 PM 3: 40

UNITED STATES OF AMERICA,      )
                               )
                 Plaintiff,    )      F-05-0041CR(RRB)
                               )
                               )      CVB VIOLATION # _____ /AL
                               )      MJ CASE # _505-0031 MJ (TW1t)_
           vs.                 )      CR CASE # _____
                               )
                               )
                               )          NOTICE OF APPEAL
                               )
                 Defendant.    )

Notice is hereby given that _JASON GERR_____
                                            Name
appeals to the U.S. District Court for the District of Alaska from the:

        (_____)    Conviction only (Fed R. Crim. P. 32(b)).

        (_____)    Conviction and sentence.

        (_____)    Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: _____

Sentence imposed: _____

Transcript required (yes or no): _____. If yes, date ordered or

to be ordered: _____ (including arrangements for payment with court

recorder).

                        Signature: _____

                        Date: _SEP, 10  05_____

(Forms*____).

