```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET ENTRIES FOR CASE F05-0031--MJ (TWH)
                         "USA V JASON P. GEER"
```

For all filing dates

Presiding Judge: The Honorable Terrance W. Hall, U.S. Magistrate Judge
Magistrate Judge:
         Filed: 07/21/05
        Closed: 09/08/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/21/05 | [Re: DEF 1] PLF 1 Violation Notice (CVB) AL5B/W778697. |
| 2 - 1 | 07/21/05 | [Re: DEF 1] TWH Order of Personal Recognizance. |
| 3 - 1 | 07/21/05 | [Re: DEF 1] PLF 1 Notice of TBC 8/11/05 at 11:00 a.m. |
| 4 - 1 | 07/27/05 | [Re: DEF 1] PLF 1 motion (on shortened time) to continue (8-11-05) trial. |
| 5 - 1 | 08/04/05 | [Re: DEF 1] TWH Order granting motion (on shortened time) to continue (8-11-05) trial (4-1). TBJ vacated and reset for 09/08/2005 at 9:00 a.m. cc; cnsl |
| 6 - 1 | 09/08/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause]. Trial by court held 9-8-05. Defendant found guilty. Fine $400. No special assessment given. Defendant has until close of business 12-8-05 to pay fine in full. cc: USA; USM; USPO; Defendant. |

**Documents transferred from
F05-031MJ(TWH)
to F05-0041CR(RRB)**



FILED

SEP 0 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JASON P GEER_____   CASE NO. __F05-0031 MJ(TWH)__
Defendant: X Present

BEFORE THE HONORABLE: TERRANCE W HALL

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: STEPHEN COOPER

PROCEEDINGS: TRIAL BY COURT HELD 09/08/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

at 11:04 court convened.

Court and counsel heard re; why defendant was not in court for initial TBC.

Court recalled warrant for arrest.

Plaintiff's opening statement heard.

David Rippeto sworn and testified on behalf of the plaintiff.

Government rested.

Jason P Geer sworn and testified on his own behalf.

Closing arguments heard.

Court stated ruling for the record; **GUILTY**. Sentence $400.00. No special assessment given. Defendant has until close of business 12/08/05 to pay fine in full.

Notice of appeal form given to defendant.

at 12:39 p.m. court adjourned.


DATE: 09/08/05 _____   DEPUTY CLERK'S INITIALS: tg

F05-0031--MJ (TWH)          US PROBATION
_____          FINANCE
J. GEER                     MAGISTRATE JUDGE HALL
J. BARTLESON
US MARSHAL



(Rev 9/05)                    **LIST OF EXHIBITS AND WITNESSES**

---

Case No.  F05-0031 MJ (TWH)              Judge: **TERRANCE W HALL**

Title   USA V. JASON GREER

Dates of Hearing/Trial:  SEPT 8, 2005

Deputy Clerk/Recorder:   TINA J GROTHAUSE

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| STEPHEN COOPER | JASON GREER (PRO PER) |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | DEFENDANT | | | WITNESSES | | |
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | EX # | ID | AD | W- | NAME/DESCRIPTION OF EXHIBIT | CALLED BY |
| 1 | X | X |  |  |  | 1 | David Rippeto | Ptf |
| 2 | X | 1 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Plaintiff

**FILED**

AUG 0 4 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

F05-31 MJ (TWH)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GEER, JASON<br><br>    Defendant. | No. W778697/AL5B<br><br>Violation Notice Number<br><br>**ORDER** |

## ORDER

IT IS SO ORDERED. Trial in the above captioned case is rescheduled to , Sept 8 , 2005, at 9:00 a.m..

Dated: 28 July 2005

TERRANCE W. HALL
United States Magistrate Judge

F05-0031--MJ (TWH)
--------------------------------------------------
J. GEER
~~J. BARTLESON~~ Cooper
08/05/05

5

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310, Box 2
Fairbanks, AK 99701
(907) 456-0245



Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. W778697/AL5B |
| | ) | |
| Plaintiff, | ) | Violation Notice Numbers  F05-31MJ |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **TRIAL ON SHORTENED** |
| GEER, JASON | ) | **TIME** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff, the United States of America, hereby requests authorization from the Court to continue the trial the above-captioned case which is currently scheduled for Thursday, August 11th, 2005, at 11:00 a.m. in Fairbanks, Alaska, to a date in September.

    The case agent in this case and another material witness will not be available until that time.

    This motion may need to be decided on shortened time because of the shortness of the time remaining between today's date and the current trial date of August 11.



RESPECTFULLY SUBMITTED this 27th day of July, 2005, at Fairbanks, Alaska.

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney

**DECLARATION**

I declare under penalty of perjury that a true
and correct copy of the foregoing **MOTION**,
was sent to the following on July  27 , 2005, via U. S. Mail:

Jason Geer
PO Box 181
Nenana, AK 99760

KELSIE ENGEN
Office of the United States Attorney

TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska  99701
(907) 456-0245

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. W778697/AL5B |
|---|---|---|
| Plaintiff, | ) | Violation Notice Number |
| vs. | ) | **ORDER** |
| GEER, JASON | ) | |
| Defendant. | ) | |

ORDER

IT IS SO ORDERED.  Trial in the above captioned case is rescheduled to  ,
_____, 2005, at _____a.m..

Dated:_____          _____
                                        TERRANCE W. HALL
                                        United States Magistrate Judge

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA

v.

Jason Greer

**NOTICE**

**FILED**
JUL 2# 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

CASE NUMBER: ACbBlW778697

TYPE OF CASE:   ☐ CIVIL   X CRIMINAL

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. 326 |
|---|---|
| Federal Building U.S. Courthouse | Courtroom #2 |
| | DATE AND TIME |
| | Aug 11, 2005 @ 11:00 AM |

TYPE OF PROCEEDING

Trial by Court with U.S. Magistrate Judge  Torrance W Hall

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

DATE: July 21, 2005

IDA ROMACK, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_____
(BY) DEPUTY CLERK

TO: Defendant (white copy), Plaintiff (yellow copy), Court (pink/blue copy)

**PLEASE NOTE:** Failure to appear for Trail by Court could result in a warrant of arrest being issued to bring you before the Court to show cause why you failed to appear for trial. You could be prosecuted separately for failure to appear regardless of the outcome of the of the charge in the underlying violation notice. The above scheduled trial **WILL NOT** be continued for any reason without a written request which must be served on the opposing party and filed with the Court. Requests must state whether the opposing party has been contacted and whether they whether they oppose or non-oppose the request. Requests must be filed with the Court with sufficient time to allow the opposing party time to reply if necessary.

3

**FILED**

JUL 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. Jason Geer )<br>)<br>)<br>_____Defendant._____) | PERSONAL RECOGNIZANCE ORDER<br><br>Magistrate Case No. F05-0031 MJ<br><br>Criminal Case No. _____<br><br>Violation Notice No. W778697 /AL 5B |

    The defendant above named is hereby released on his/her personal recognizance and promises to appear before a United States Magistrate Judge and/or in the United States District Court for the District of Alaska at Anchorage, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions given or issued by a United States Magistrate Judge or United States District Court to which the defendant may be removed or cause transferred; **that the defendant is not to depart the State of Alaska or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after the defendant has appeared in such other district pursuant to the terms of this bond,** except in accordance with such orders or warrants as may be issued by a United States Magistrate Judge or United States District Court for the District of Alaska or the United States District Court for such other district; that the defendant is to abide by any judgment entered in such matter by surrendering him/herself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe; **that upon being released on bail the defendant is required to keep his/her attorney, that court, and the United States Attorney's office advised of his/her current mailing and residential address, and telephone contact number.**

    If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void. It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the bond is duly exonerated.

    **This bond is SIGNED on this** 21 **day of** July, 20 05 at Fairbanks, Alaska, by the undersigned who acknowledges that he/she has read the bond and that he/she is informed that the penalties applicable to the conditions of defendant's release to result from the failure to appear as ordered or any violation of the conditions set forth herein, are:

    **A warrant for defendant's arrest will be issued immediately upon such violation; a second criminal case for bail jumping may be instituted by the United States Attorney against the defendant, and if the defendant is released in connection with a felony charge or while awaiting sentencing, or pending appeal or certiorari after conviction, the penalty is a fine of not more than $5,000.00 or five years imprisonment, or both; if released on a misdemeanor the penalty is a fine of not more than that provided for the misdemeanor or imprisonment up to one year or both.**



In support of my request for Personal Recognizance Release, I am providing the following information:

JASON P. GERR
Full Name **PRINTED**

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
Social Security Account Number

_____
Home Telephone Number

_____
Work Telephone Number

POB 181 NENANA AK 99760
Complete Mailing Address (include zip code)

M 314 PARKS HWY NENANA AK 99760
Complete Residential Address (if different from mailing address)

WOODLAND FARMS
Name of Employer

_____
Telephone Number of Employer

M. 10 PARKS HWY
Address of Employer

1027892
Driver's License Number

AK
Issued by (State)

**I certify the above information to be true and correct:**

Jason Gerr
Signature of Defendant

Approved this  21  day of  July , 20 05

_____
U.S. DISTRICT/MAGISTRATE JUDGE

**The following should be notified of any change of address:**
Clerk, U.S.D.C., 101 12th Ave., #332, Box 1, Fairbanks, AK 99701-6283
United States Attorney, 222 W. 7th Ave., #9, Anchorage, AK 99513-7567

(Rev 6/04)

# U.S. Fish & Wildlife Service
# United States District Court
# Violation Notice

| Loc. Code | Violation No. | Print Officer's Name | Officer No. |
|---|---|---|---|
| AL5B | W778697 | DAVID RIPPETO | SA0610 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 04/01/2005 | 16 USC 703 |

**Place of Offense:** MP 314 PARKS HIGHWAY NENANA,

**Offense Description:** Did take and possess migratory birds for which there is no open season, to wit, did use a steel leghold trap to take a raven and then hung the carcass from a fence, also used a shotgun to take another raven.

| Defendant's Last Name | First Name | MI |
|---|---|---|
| GEER | JASON | |

**Street Address:** MP 314 PARKS HIGHWAY 4599 CHUNA CREEK

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| NENANA | AK | 99760 | 06/09/1978 |

| Driver's License No | D.L. State | Social Security Number |
|---|---|---|
| 1077892 | AK | 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 |

**VEHICLE DESCRIPTION**

| Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | | | | UNK |

A ☐ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

| Court Address | Date | Time |
|---|---|---|
| CENTRAL VIOLATIONS BUREAU: 1-800-827-2982 | | |

| Collateral (Due) | For payment by credit card, SEE INSTRUCTIONS |
|---|---|
| $600.00 | |

**Physical Description**

| Sex | Race | Height | Weight | Hair | Eyes | (Circle One) Adult Juvenile |
|---|---|---|---|---|---|---|
| M | W | 602 | 200 | BLN | BLU | |

| Weather Conditions | | | | |
|---|---|---|---|---|
| Clear | Cloudy | Rain | Snow | Ice |

| Traffic Conditions | | | |
|---|---|---|---|
| Light | Medium | Heavy | Fog |

FWS Form 3-1374, Rev 7/97

---

**FILED**
W778697
JUL 2 [?] 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

---

# STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on April 08, 20 05, while exercising my duties as a law enforcement officer in the District of ALASKA.

I was called to the Jason Geer residence to assist the Alaska State Troopers in the service of a search warrant. A dead raven was discovered hanging in a fenced dog run on the Geer property. I examined the raven and observed it had an open leg fracture.

I interviewed Geer who admitted using a steel leg hold trap on or about April 1st, 2005 to trap the raven.

Geer also admitted to using a shotgun to kill a raven in November 2004. Geer said the carcass from the raven he killed was consumed or destroyed by his dogs.

Geer does not currently, nor did he ever possess a permit to take ravens.

The foregoing statement is based upon
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explained above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on _[signature]_ 4/8/05
                  Date          Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____    _____
             Date          U.S. Magistrate Judge