

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. F05-0041 CR (RRB) |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING |
| JASON P. GEER, | APPLICATION TO PROCEED |
| Defendants. | WITHOUT PAYING FILING FEE |

Jason P. Geer, representing himself, has filed an appeal of the $400 special assessment in his criminal case before Magistrate Judge Hall.[1] Mr. Geer has also filed an application to waive the filing fee under 28 U.S.C. § 1915, showing that he is unable to pay the filing fee in this case.[2] Mr. Geer's application will, therefore, be granted.

---

[1] *See* Docket No. 2, and Case No. F05-0031 MJ (TWH).

[2] *See* Docket No. 1.

T:\Orders.05\2255\geer ifp.wpd

**IT IS HEREBY ORDERED** that:

Mr. Geer's application to waive the filing fee, at docket number 1, is GRANTED.

DATED this 28 day of December, 2005, at Anchorage, Alaska.

RALPH R. BEISTLINE
United States District Judge