NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    vs.                       )<br>                              )<br> JASON GEER,                  )<br>                              )<br>            Defendant.        )<br>                              ) | Case No. 4:05-cr-0041-RRB<br><br>**MOTION TO DISMISS APPEAL** |

     Plaintiff-appellee, the United States of America, moves the Court to dismiss this appeal for want of prosecution. This motion is based on the records and files in this case, as set forth below.

     Defendant-appellant Geer took the instant appeal by Notice filed September 10, 2005, doc. #2 on appeal, from his conviction and sentence to a fine of $400

following a bench trial on a violation notice, for taking and possessing ravens for which there was no open season.  Minutes, September 8, 2005, doc. #6 below; Violation Notice #W778697, charging violation of 16 U.S.C. § 703, committed on April 1, 2005, doc. #1 below.

On December 28, 2005, this Court granted (doc. #2 on appeal) defendant's application to waive filing fee (doc. #1 on appeal).  The Clerk's Notice was entered December 20, 2005 (doc. #3 on appeal) providing that unless defendant ordered a transcript or tape of the record below, the record on appeal would be deemed complete.

On April 27, 2006, the clerk certified the record as complete for appeal, as defendant had not ordered any transcript or tape of proceedings.  Certification of Record, doc. #6 on appeal.  Said Certification of Record also notified defendant that his opening brief on appeal was due within 30 days of April 27, i.e., by May 30, 2006.  That was the last activity in this case.

Defendant has not obtained any record of the trial or other proceedings in the court below, even though the clerk waited nearly four months, instead of the normal 10 days, for him to do so.

He has disregarded, by four more months, the briefing schedule that required him to file his opening brief by May 30.  Any brief that might be offered now would be properly refused as being more than four months out of time.

In short, defendant has done nothing since he noticed this appeal, beyond

applying to waive the filing fee.

Accordingly, this appeal should be dismissed for want of prosecution, so that the judgment for payment of the $400 fine may be in effect and subject to execution. Compare Rule 27-9.2, Involuntary Dismissals, Rules of the United States Court of Appeals for the Ninth Circuit, February 20, 2006, providing for motions for involuntary dismissal for want of prosecution.

RESPECTFULLY SUBMITTED, this 6th day of October, 2006, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **MOTION TO DISMISS APPEAL** and **ORDER** was sent to the following on October 6th, 2006, via U. S. Mail:

Jason Geer
PO Box 181
Nenana, AK 99760

/s/ Stephen Cooper
Office of the United States Attorney