NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-0041-RRB |
| Plaintiff, | ) | |
| | ) | ~~[Proposed]~~ |
| vs. | ) | **ORDER** |
| | ) | |
| JASON GEER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

IT IS SO ORDERED.  This appeal is DISMISSED.

Dated: October 23, 2006                \s\ RRB
                                        RALPH R. BEISTLINE
                                        United States District Judge