```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ALASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            PLAINTIFF,<br>v.<br><br>JASON GEER<br>            DEFENDANTS. | Case No. F:05-CR-00031-TWH<br>         4:05-CR-0041-RRB |

MINUTE ORDER

Defendant's appeal in this case has been dismissed. The defendant's fine of $400 imposed on September 8, 2005, shall be paid no later than November 30, 2007.

Dated at Fairbanks, Alaska, this <u>25th</u> day of <u>October</u>, 2007.

```
                              /s/TERRANCE W. HALL
                              TERRANCE W. HALL
                              U.S. MAGISTRATE JUDGE
```